ACCEPTED
12-15-00003-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/24/2015 12:00:58 PM
CATHY LUSK
CLERK

## NO. 12-15-00003-CR

ON APPEAL FROM THE 159TH JUDICIAL DISTRICT COURT IN
ANGELINA COUNTY, TEXAS
CAUSE NO. 2013-0731

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/24/2015 12:00:58 PM
CATHY S. LUSK
CLERK

| | | |
|---|---|---|
| **DEQUISHA JACKSON** | § | **IN THE 12TH COURT OF APPEALS** |
| | § | |
| | § | **OF** |
| **vs.** | § | |
| | § | |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

## AMENDED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Dequisha Jackson, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 159th District Court of Angelina County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Dequisha Jackson, and numbered 2013-0731. Appellant was convicted of Manslaughter.

4. Appellant was assessed a sentence of Fifteen (15) years in Texas Department of Criminal Justice Institutional Division on December 17, 2015.

5. Notice of appeal was given on December 30, 2015.

6. The clerk's record was filed on February 17, 2015; the reporter's record was filed on May 21, 2015.

7. The appellate brief was presently due on June 22, 2015.

8. Appellant requests an extension of time of thirty (30) days from the

current due date.

9. No extensions to file the brief have been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Counsel currently has a brief due in the 9th Court of Appeals this week that contains over a thousand pages of transcript. Due to the complex nature of the trial transcripts an additional brief due this week, Counsel will be unable to complete the brief and will need an additional 30 days.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted:

*/s/John D. Reeves*

_____

John D. Reeves
Attorney at Law
1007 Grant
Lufkin, Texas 75901
Phone (936) 632-160
Fax: (936) 632-1640
tessabellus@yahoo.com
SBOT # 16723000
Counsel for Appellant

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. 10.1 (5), certify that I, the undersigned conferred with opposing counsel who is **not** opposed to an extension.

*/s/John D. Reeves*

_____

John D. Reeves

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellant's Motion to Extend Time to file Appellant's Brief on this 24[h] day of June, 2015 forwarded to State's Attorney, April Ayers-Perez, Angelina County, by electronic service at aprerez@angelinacounty.net.

*/s/John D. Reeves*

_____

John D. Reeves
Attorney for Appellant,
Dequisha Jackson